[No. 3846–43506–1.   Division One.   April 18, 1977.]

VIVIENNE L. HUMPHREY, *Appellant,* v. GROUP HEALTH
COOPERATIVE OF PUGET SOUND, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 764217, Ward Roney, J., entered October 23,
1974. *Affirmed* by unpublished per curiam opinion.

[No. 3967–1.   Division One.   April 18, 1977.]

CHARLES A. CARLSON, ET AL, *Appellants,* v.
M. FRANCES PEREIRA, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 784260, Robert M. Elston, J., entered June 30,
1975. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Farris, C.J., and Andersen, J.

[No. 4186–1.   Division One.   April 18, 1977.]

PEGGY HAYDEN, *Appellant,* v. METROPOLITAN
TRANSIT CORPORATION, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 786326, Ward Roney, J., entered September
30, 1975. *Reversed* by unpublished per curiam opinion.

[No. 1987–2.   Division Two.   April 20, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. FRED
ROBERT DUVALL, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 8552, John N. Skimas, J., entered July 11,
1975. *Affirmed* by unpublished opinion per Petrie, C.J.,
concurred in by Reed, J., and Johnson, J. Pro Tem.